UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| *Candace Gulsvig, et al.* | Case No. 13-cv-1309 (JRT-LIB) |
| *Plaintiff,* | |
| *v.* | |
| *Mikki Jo Peterick, et al.,* | |
| *Defendants.* | |

# MOTION TO DISMISS

Pursuant to Fed. R. Civ. Proc 12(b)(6), defendants Ramona Dohman and Michael Campion move to dismiss the complaint in this matter for failure to state a claim on which relief can be granted.

Dated: August 15, 2013          Respectfully submitted,

OFFICE OF THE ATTORNEY GENERAL
State of Minnesota

s/**Oliver J. Larson**
OLIVER J. LARSON
Atty. Reg. No. 0392946

Assistant Attorney Generals
445 Minnesota Street, Suite 1800
St. Paul, Minnesota 55101-2134
(651) 757-1265 (Voice)
(651) 282-2525 (TTY)

ATTORNEY FOR THE
COMMISSIONERS