# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| Candace Gulsvig Individually and on behalf of all other similarly situated, et al., | **CIVIL FILE NO 13-cv-1309 (JRT/LIB)** |
| Plaintiffs, | |
| vs. | |
| Mikki Jo Peterick et al | |
| Defendants. | |

## MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AND PETITION FOR AWARD OF ATTORNEY'S FEES AND COSTS

**TO: ALL PARTIES AND INTERESTED PERSONS**

<u>Motion</u>

Plaintiffs herein, by and through their counsel, hereby moves the Court file an order as follows:

(1) Final approval of the Class Action Settlement as fair, reasonable and adequate;

(2) Final approval of class representative incentive compensation;

(3) Final approval allowing for the distribution of the class action proceeds; and

1

(4) Final approval for an award of attorney's fees and expenses.

Respectfully submitted:

Dated: 9/20/16                    /s/ Jeffrey M. Montpetit

**SIEBENCAREY, P.A.**
Jeffrey M. Montpetit, #0291249
Susan M. Holden, #189844
901 Marquette Avenue
Suite 500
Minneapolis, MN  55402-3205
(612) 333-4500
Susan.Holden@knowyourrights.com
Jeffrey.Montpetit@knowyourrights.com

Dated: 9/20/16                    /s/ Jonathan A. Strauss

**SAPIENTIA :AW GROUP, PLLC**
Jonathan A Strauss, #279602
Lorenz F. Fett, Jr., #196769
Sonia Miller-Van Oort, #278087
15 South 5th Street
Suite 1000
Minneapolis, MN 55402
Phone:  612-756-7100
Fax: 612-756-7101
jons@sapientialaw.com
larryf@sapientialaw.com
soniamv@sapientialaw.com

ATTORNEYS FOR PLAINTIFFS

Dated: 9/20/16				/s/ Susan Tindal

**IVERSON REUVERS & CONDON**
Susan Tindal, # 330875
9321 Ensign Avenue South
Bloomington, Minnesota 55438
Direct: 952-548-7208
Fax:  952-548-7210
susan@irc-law.com

ATTORNEY FOR DEFENDANT MILLE LACS COUNTY


Dated: 9/20/16

/s/Ann R. Goering
**RATWIK, ROSZAK & MALONEY, P.A.**
Ann R. Goering, #0210699
300 U.S. Trust Building
730 Second Avenue South
Minneapolis, MN 55402
Telephone: 612-339-0060

ATTORNEY FOR DEFENDANT PETERICK