# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Candace Gulsvig, Mel Gulsvig, John Schmoll, *Individually and On Behalf of all Others Similarly Situated*, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | Case Number:   13-cv-1309 JRT/LIB |
| Mille Lacs County, Michael Campion, *in his individual capacity as Commissioner of the Minnesota Department of Public Safety*, Mona Dohman, *in her individual capacity as Commissioner of the Minnesota Department of Public Safety*, Mikki Jo Peterick, *in her individual capacity as an employee of Mille Lacs County*, John and Jane Does, *(1-120) acting in their individual capacity as supervisors in Mille Lacs County*, John and Jane DOE Employees of the Minnesota Department of Public Safety, *in their individual capacities as officers, supervisors, staff, employees, independent contractors or agents of the Minnesota Department of Public Safety*, | |
| Defendants. | |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and fees.

| | |
|---|---|
| Date: 2/14/2018 | KATE M. FOGARTY, CLERK |
| | s/Amy Halverson |
| | (By)   Amy Halverson, Deputy Clerk |